THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL N. CLURMAN, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.